UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 11-7105 DSF (AJWx) | Date | 1/10/13 |
| Title | Jason Bitzer, et al. v. Body Glove Int'l USA, LLC, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order to Show Cause re Sanctions for Failure to Attend Mandatory Mediation

    This Court ordered the parties to attend a mandatory mediation session no later than January 1, 2013. All counsel involved have admitted that they failed to do so. While there has been some attempt to blame Superstorm Sandy for this failure, it appears that counsel made no attempt to schedule a mediation or otherwise prepare for mediation prior to Sandy. The Court also notes that Sandy hit New Jersey on October 29, a full two months prior to the mediation deadline during which time counsel made no attempt to secure an order of this Court delaying the mandatory mediation. The other excuses offered by counsel are even more frivolous. There is no requirement that a defendant receive a "demand" before complying with the Court's order to mediate. Nor is the pendency of a motion for summary judgment an excuse to ignore a Court order.

    Therefore, all counsel are ordered to show cause, in writing, no later than January 14, 2013 why they should not be sanctioned for failure to comply with this Court's orders. The response should, among other things, explain what steps were taken towards mediation prior to the deadline and should include counsels' plan for completing the mandatory mediation at this point.

    IT IS SO ORDERED.